# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2018

*The Court of Appeals hereby passes the following order*

**A18D0294. GERMAINE PRINCE v. PERDUE FARMS, INC et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2017V117270



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, February 14, 2018.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*